(September 22, 1941.)

BARD & MARGOLIES, INC., Respondent, v. ELLMAN'S TEA ROOM, INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

NICHOLAS BERTINI and Others, Suing on Behalf of Themselves Individually, and for the Benefit of All Other Persons or Corporations in the Business of Selling Ice in Rockaway Beach, Borough and County of Queens, etc., Appellants, v. JOHN R. MURRAY, Doing Business under the Firm Name and Style of JOHN R. MURRAY & SON, and Others, Respondents.— The motion to resettle the order of this court dated June 30, 1941 (see *ante*, p. 893), is referred to the court which rendered the decision on the appeal. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ. Motion to resettle order granted to the extent of striking out the words " in June, 1936," from the last paragraph of the order. In all other respects the motion is denied, without costs. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

BOROUGH BOND AND MORTGAGE COMPANY, INC., and Another, Respondents, v. ESTATE OF LOUIS BOSSERT, INC., Defendant, and BOSSERT TERMINAL, INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present —Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

JOHN BOSTKO, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

BRIGHTON OPERATING CORP., Respondent, v. P. WALKER MORRISON and Others, as Trustees under a Declaration of Trust Dated the 27th Day of March, 1936, etc., Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

CITY OF NEW ROCHELLE, Appellant, v. WESTCHESTER ELECTRIC RAILROAD COMPANY, Respondent, and Another, Defendant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

THE CITY OF NEW YORK, Respondent, v. HERMAN GOLDNER and Another, Appellants, and Others, Defendants. (Consolidated Action.) — Motion for reargument denied, without costs. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

THE CITY OF NEW YORK, Respondent, v. THE UNITED STATES LAND AND IMPROVEMENT COMPANY, LIMITED, and Others, Defendants, and THE BROOKLYN AND JAMAICA BAY TURNPIKE COMPANY, Appellant.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

MILDRED COLLINS, Appellant, Respondent, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Respondent, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.